UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BACH THUOC VU, in his individual and representative capacity as Trustee--Vole Irrevocable Family Trust; KIMBERLY T LE; and Does 1-10,<br><br>　　　　Defendants, | Case: 2:14-CV-02786-JAM-EFB<br><br>**ORDER** |

**<u>ORDER</u>**

Defendant BACH THUOC VU is hereby ordered dismissed without prejudice.

Dated: 4/20/2015　　　/s/ John A. Mendez_____
　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Notice for Dismissal　　　Case: 2:14-CV-02786-JAM-EFB