UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BACH THUOC VU, in his individual and representative capacity as Trustee—Vole Irrevocable Family Trust; KIMBERLY T LE, and Does 1-10,<br><br>　　　　　Defendants. | No. 2:14-cv-2786-JAM-EFB<br><br><br>ORDER TO SHOW CAUSE |

On September 4, 2015, plaintiff filed a motion to compel defendant Kimberly T Le to provide responses to plaintiff's discovery requests. ECF No. 14. Plaintiff noticed his motion for hearing on October 7, 2015. *Id*. The matter was subsequently continued to October 14, 2015. ECF No. 15.

Defendant failed to provide any response to plaintiff's discovery requests, and accordingly Local Rule 251(e) applies. *See* E.D. Cal. L.R. 251(e) (providing that the requirement that the parties file a Joint Statement re Discovery Disagreement does not apply "when there has been a complete and total failure to respond to a discovery request or order."). Under Local Rule 251(e), a responding party must file a response to the discovery motion at issue no later than seven days before the hearing date, or in this instance by October 7, 2015. The deadline has passed and defendant has failed to file any response to plaintiff's motion.

1

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Accordingly, good cause appearing, it is hereby ORDERED that:

1. The hearing on plaintiff's motion (ECF No. 14) is continued to November 4, 2015 at 10:00 a.m. in Courtroom No. 8.

2. Defendant shall show cause, in writing, no later than October 21, 2015, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to plaintiff's motion.

3. Defendant shall file an opposition to the motion, or a statement of non-opposition thereto, no later than October 21, 2015.

4. Failure of to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in the granting of plaintiff's motion.

5. Plaintiff may file a reply to defendant's opposition, if any, on or before October 28, 2015.

DATED: October 8, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2