UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>            Plaintiff,<br><br>     v.<br><br>**Bach Thuoc Vu**, in his individual and representative capacity as Trustee--Vole Irrevocable Family Trust;<br>**Kimberly T Le**; | ) Case No.: 2:14-CV-02786-JAM-EFB<br>)<br>) **ORDER GRANTING**<br>) **STIPULATION**<br>)<br>)  Pretrial Conference: Vacated<br>)  Trial Date: Vacated<br>)<br>)  Complaint Filed: November 27, 2016<br>)<br>)<br>)  Honorable Judge John A. Mendez<br>) |

## **ORDER**

Pursuant to joint stipulation of the parties, and finding good cause therefore, is hereby ordered that the Scheduling and Case Management Order is modified as follows:

**Deadline to file Dispositive Motions: February 7, 2017;**

**Hearing on Dispositive motions:    March 7, 2017 at 1:30 p.m.**

**Joint pretrial statement:    April 14, 2017;**

**Pretrial Conference:  April 21, 2017 at 10:00 a.m.**

**Jury Trial:   June 5, 2017 at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  11/21/2016          /s/ John A. Mendez_____

                            **HON. JOHN A. MENDEZ**

                            Judge of the U.S. District Court

1