UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>BACH THUOC VU, in his individual and representative capacity as Trustee--Vole Irrevocable Family Trust; KIMBERLY T. LE,<br><br>        Defendant. | No.  2:14-cv-02786 JAM-EFB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Scott Johnson ("Plaintiff") sued Defendants Bach Thuoc Vu and Kimberly T. Le ("Defendants"), alleging Defendants' Boomer Medical Clinic did not comply with the Americans with Disabilities Act ("ADA") and California law.  ECF No. 1. Plaintiff moved for partial summary judgment.  ECF No. 31. Defendants opposed Plaintiff's motion six days late.  ECF No. 32.

I.   OPINION

Plaintiff, a quadriplegic, visited Boomer Medical Clinic in April 2013 and found that the clinic did not have an appropriately marked accessible parking spot.  Johnson Decl. ¶¶ 2, 4-7, ECF No. 31-5.  Plaintiff returned to the clinic six times in 2013 and 2014, but was deterred from patronizing the

1

clinic because the problems with the accessible parking spot remained. Id. ¶ 17.

Plaintiff seeks statutory damages of $8,000: $4,000 for his first visit and $4,000 "for all the many times he was deterred from visiting." Mot. at 10.

Defendants concede "Defendants' property was not fully ADA compliant when Plaintiff first visited." Opp. at 1. They argue, however, "Plaintiff has not established that his multiple visits to Defendants' property were 'reasonable' or necessary." Id. Thus, Defendants argue, "Plaintiff is only entitled to damages for one visit ($4,000)." Id.

The Eastern District has recently held that the same Plaintiff was entitled to statutory damages for "one encounter and a separate award for deterrence." Johnson v. Guedoir, 2016 WL 6441611, at *4-*5 (E.D. Cal. Oct. 31, 2016). There is no genuine dispute of material fact that Defendants' clinic did not comply with the ADA and Unruh Act, and that Plaintiff attempted to visit the clinic on one occasion and then was deterred from patronizing the clinic several times after. Plaintiff is entitled to partial summary judgment and $8,000 in statutory damages.

## II. ORDER

For the reasons set forth above, the Court GRANTS Plaintiff's motion for partial summary judgment.

IT IS SO ORDERED.

Dated: March 15, 2017

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE