1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br>     Plaintiff, <br> v. <br><br> **Bach Thuoc Vu,** et al, <br>     Defendants | **Case:** 2:14-cv-02786 JAM-EFB <br><br> Judgment Re: Order Granting Plaintiff's Motion for Summary Judgment and Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses |

1

Following the Court's ruling on March 15, 2017 and June 29, 2017, the Court grants JUDGMENT in favor of plaintiff Scott Johnson and against defendants Bach Thuoc Vu, in his individual and representative capacity as Trustee – Vole Irrevocable Family Trust and Kimberly T. Le in the amount of $8000.00 in Statutory Damages and $10,999.00 in attorneys' fees and costs –totaling $18,999.00.

Dated:  July 15, 2020           /s/ John A. Mendez

Hon.  John A Mendez
United States District Court Judge